UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-439-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FRANKLIN JOSEPH DANGERFIELD, )<br>)<br>Defendant. ) | **ORDER** |

This matter comes before the court on Defendant's counsel's April 22, 2021 consent motion asking the court to order that Defendant's 18 U.S.C. § 4241 competency examination described within the court's April 6, 2021 order in this case [*see* DE-32] be conducted by the Bureau of Prisons ("BOP"). [DE-33] For good cause shown, the motion is GRANTED. The Attorney General is DIRECTED to take Defendant into custody and evaluate him at an appropriate BOP facility within forty-five (45) days of the date of entry of this order. Once the examination has been completed, the examining professional is DIRECTED to file a report with the court and the parties regarding the examination pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. § 4247(c).

Any delay occasioned by granting Defendant's counsel's motion shall be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(1)(A).

SO ORDERED this the **23d** day of **April**, 2021.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE