IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:20-CR-00439-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| FRANKLIN JOSEPH DANGERFIELD, | |
| Defendant. | |

This matter comes before the court on a letter from the Bureau of Prisons (BOP) requesting an extension of 90 days for a forensic psychologist to conduct an evaluation of Defendant Franklin Dangerfield. [DE35]. On April 23, 2021, this court ordered Mr. Dangerfield committed to the custody of the BOP for a mental health evaluation and requested an opinion regarding his competency to stand trial. Due to COVID-19 protocols and unexpected staffing issues addressed in the BOP's letter to the court, an extension of 90 days is GRANTED.

SO ORDERED this 8th day of October, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE